IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LAWRENCE TYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-cv-0231-MJR |
| | ) | |
| ROY BRADFORD, Warden, | ) | |
| OFFICER PAUL YATES and | ) | |
| LT. HAROLD SCHULER, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

REAGAN, District Judge:

In March 2006, Lawrence Tyson filed suit in the Northern District of Illinois, alleging deprivations of his constitutional rights by personnel at Big Muddy Correctional Center in Ina, Illinois (located within the Southern District of Illinois). The case was transferred to this Court on venue grounds, after which Tyson amended his complaint twice and sought leave to proceed in forma pauperis.

On threshold review in June 2007, the undersigned Judge granted Tyson pauper status, dismissed several Defendants, and referred what remained of the case (Tyson's claims against the warden and two correctional officials of Big Muddy) to the Honorable Donald G. Wilkerson, United States Magistrate Judge.

In September 2008, the three Defendants timely moved for summary judgment via 43-page combined motion and supporting memorandum (Doc. 34). In January 2009, Magistrate Judge Wilkerson submitted a detailed Report (Doc. 39)

recommending that the undersigned Judge grant Defendants' motion and dismiss this case with prejudice.

Both the Report (Doc. 39-1, p. 9) and a separate Notice attached thereto (Doc. 39-2) advised the parties of their right to challenge Judge Wilkerson's findings and conclusions by filing "objections" within ten days. To date, no objections have been filed by the parties, no extension of the deadline was sought,[1] and the period in which such objections may be filed has expired.

Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc., v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS in its entirety** Judge Wilkerson's Report and Recommendation (Doc. 39), **GRANTS** Defendants' motion for summary judgment (Doc. 34), and **DIRECTS** the Clerk of Court to enter judgment in favor of the remaining Defendants (Bradford, Schuler and Yates) and against Plaintiff Tyson herein.

IT IS SO ORDERED.

DATED this 20th day of February 2009.

                                                s/ *Michael J. Reagan*
                                                United States District Judge
                                                Southern District of Illinois

---

[1] Tyson may no longer be incarcerated at the last address he provided (Shawnee Correctional Center). If that is true, he has failed to comply with the directive given him by Order of this Court on June 26, 2007 (Doc. 23, p. 6) to keep the Court "informed of any change in his whereabouts" at all times.